UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOHN DEPASQUALE, CATHERINE DEPASQUALE, PEERLESS INSURANCE COMPANY, as a subrogee of John and Catherine DePasquale, and EXCELSIOR INSURANCE COMPANY as subrogee of John and Catherine DePasquale<br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　vs.<br><br>ELECTROLUX, ELECTROLUX HOME PRODUCTS, INC., AND EMERSON ELECTRIC CO.<br><br>　　　　　　　　　　　　　　Defendants | CIVIL ACTION NO.:<br>05-CV-308<br><br><br><br>**STIPULATION OF DISMISSAL** |

---

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for all of the parties hereto, that this action is hereby dismissed in its entirety with prejudice and without costs to any party.

　　s/Georgia S. Foerstner
GEORGIA S. FOERSTNER (106072)
**Cozen O'Connor**
1900 Market Street
Philadelphia, PA 19103
(215) 665-4740

Attorneys for Plaintiffs

　　s/ William H. Baaki
WILLIAM H. BAAKI
**Phillips Lytle LLP**
One HSBC Center, Suite 3400
Buffalo, NY 14203-2887
716-504-5709

Attorneys for Defendant
Emerson Electric Co.

　　s/ George S. Hodges
GEORGE S. HODGES (601190)
**Boeggeman, George, Hodges & Corde. P.C.**
11 Martine Avenue
White Plains, NY 10606
(914) 761-2252

Attorneys for Defendants
Electrolux and Electrolux Home Products

Jan 3 '07

SO ORDERED

*[signature]*
USMJ